United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARLON MAURICIO FUNES GARCIA,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-10634-BLF

**ORDER RE HEARING AND BRIEFING SCHEDULE**

Mr. Garcia was arrested by Immigration and Customs Enforcement ("ICE") yesterday on September 17, 2026. Shortly thereafter, Mr. Garcia's counsel filed a habeas petition and request for a temporary restraining order ("TRO"). *See* ECF Nos. 1, 3. The Court granted the TRO, scheduled a hearing, and set a preliminary injunction briefing schedule. *See* ECF No. 5.

The Court will consider both the preliminary injunction and final disposition of the habeas petition at the hearing on September 24, 2026. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."). Should the parties desire additional time, they may jointly request a modified briefing and hearing schedule so long as they stipulate to extend the duration of the TRO to a date at least 7 days after the requested hearing date.

**IT IS SO ORDERED.**

Dated: September 18, 2026

BETH LABSON FREEMAN
United States District Judge