United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARLON MAURICIO FUNES GARCIA,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-10634-BLF

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

For the reasons expressed by the Court at the show cause hearing held on October 8, 2026, *see* ECF No. 19, the Court finds that there is good cause to extend the TRO, currently scheduled to expire on October 15, 2026, at 4:00 p.m., to October 22, 2026, at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: October 14, 2026

BETH LABSON FREEMAN
United States District Judge